**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1620**

_____

WALTER LEE WHITAKER,

            Plaintiff - Appellant,

      v.

NASH-ROCKY MOUNT BOARD OF EDUCATION, d/b/a Nash-Rocky Mount
Public Schools; ROBBIN BODDIE-HAGGINS; VICTOR WARD,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Terrence W. Boyle,
District Judge.  (5:14-cv-00041-BO)

_____

Submitted:  October 21, 2014        Decided:  October 23, 2014

_____

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Walter Lee Whitaker, Appellant Pro Se.   Dan M. Hartzog, Jr.,
CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North Carolina; Adam
S. Mitchell, THARRINGTON SMITH LLP, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Lee Whitaker appeals the district court's order denying his motion to amend his complaint and dismissing his complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Whitaker v. Nash-Rocky Mount Bd. of Educ., No. 5:14-cv-00041-BO (E.D.N.C. June 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED